

# NUMBER 13-15-00359-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LONE STAR NATIONAL BANK,                                                    Appellant,

v.

ARMANDO GAMBOA AND GAMBOA
CONSTRUCTION, LLC,                                                          Appellees.

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Lone Star National Bank, perfected an appeal from a judgment entered by the 370th District Court of Hidalgo County, Texas, in cause number C-2472-15-G. Appellant has filed a motion to dismiss the appeal on grounds there is no longer an issue in controversy. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
1st day of October, 2015.